460 A.2d 865

Commonwealth v. Pawlowski, Appellant.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.